United States District Court
for the
Southern District of Florida

Maersk Line, Plaintiff

v.

Dali Logistics, LLC and Fernando Cassigena, Defendants.

) ) ) Civil Action No. 16-20776-Civ-Scola

**Order Of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 18). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on May 23, 2016.

Robert N. Scola, Jr.
United States District Judge